7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:*  David L. Arnold
*Debtor*

*Bankruptcy Case No.*
11–44406–can7

**United States Trustee**
    Plaintiff(s)

*Adversary Case No.*
12–04256–can

v.

**David L. Arnold**
    Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that according to the terms of the stipulated waiver, the bankruptcy discharge of the Debtor, David L. Arnold in Case Number 11–44406–CAN7 shall be, and hereby is permanently denied with respect to all debts incurred by David L. Arnold on or before September 21, 2011.



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 4/10/13

Court to serve